David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
Tel.: (480) 668-3623
Fax: (480) 248-3196
David@GingrasLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>I.G.C. – INTERNET COMMERCE GROUP, INC., an Arizona corporation; and DOES 1–10, inclusive,<br><br>    Defendants. | Case No: 10-CV-6731-SJO-VBKx<br><br>**ANSWER OF I.C.G. – INTERNET COMMERCE GROUP, INC.** |

Defendant I.C.G. – INTERNET COMMERCE GROUP, INC. ("ICG") hereby Answers Plaintiff's Complaint as follows:

  1.   Admit this court has subject matter jurisdiction over the case.  Deny all remaining allegations of this paragraph.

  2.   Admit this court has subject matter jurisdiction over the case.  Deny all remaining allegations of this paragraph.

  3.   Admit this court has personal jurisdiction over ICG.  Deny all remaining allegations of this paragraph.

  4.   Admit this court has personal jurisdiction over ICG.  Deny all remaining allegations of this paragraph.

5. Admit that venue is proper in this district as to ICG.  Deny all remaining allegations of this paragraph.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Deny.

11. Deny.

12. Deny.

13. This paragraph requires no response.

14. Admit.

15. Admit.

16. Defendant lacks sufficient information upon which to form a belief as to the allegations of this paragraph and on that basis denies them.

17. Admit.

18. Deny.

19. Admit.

20. Admit.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

30. Deny.

| | | |
|---|---|---|
| 1 | 31. | This paragraph requires no response. |
| 2 | 32. | Deny. |
| 3 | 33. | Deny. |
| 4 | 34. | Deny. |
| 5 | 35. | Deny. |
| 6 | 36. | This paragraph requires no response. |
| 7 | 37. | Deny. |
| 8 | 38. | Deny. |
| 9 | 39. | Deny. |
| 10 | 40. | Deny. |
| 11 | 41. | This paragraph requires no response. |
| 12 | 42. | Deny. |
| 13 | 43. | Deny. |
| 14 | 44. | Deny. |
| 15 | 45. | Deny. |
| 16 | 46. | This paragraph requires no response. |
| 17 | 47. | Deny. |
| 18 | 48. | Deny. |
| 19 | 49. | Deny. |
| 20 | 50. | Deny. |
| 21 | 51. | Deny. |
| 22 | 52. | Deny. |
| 23 | 53. | Deny. |
| 24 | 54. | Deny. |
| 25 | 55. | This paragraph requires no response. |
| 26 | 56. | Deny. |
| 27 | 57. | Deny. |
| 28 | 58. | Deny. |

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

1  59.  Deny.
2  60.  Deny.
3  61.  Deny.
4  62.  Deny.

## GENERAL DENIAL

Defendant denies any and all allegations except those which have been expressly admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State Claim)

The Complaint and each cause of action set forth therein fails to state any claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
(Unclean Hands)

The Complaint and each equitable cause of action set forth therein is barred by Plaintiff's unclean hands.

### THIRD AFFIRMATIVE DEFENSE
(Statute of Limitations)

The Complaint and each cause of action set forth therein is barred to the extent that the applicable statute(s) of limitations have expired.

### FOURTH AFFIRMATIVE DEFENSE
(Fair Use)

Any claims in the Complaint arising from the alleged infringement of Plaintiff's copyrights are barred by 17 U.S.C. § 107 to the extent that Defendant's use of the work was fair.

Gingras Law Office, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
(480) 668-3623

**WHEREFORE**, having fully answered Plaintiffs' Complaint Defendant I.G.C. – INTERNET COMMERCE GROUP, INC. requests that this Honorable Court do the following things:

    A.    Dismiss the Complaint with prejudice and order that Plaintiff take nothing thereby;

    B.    Deny, with prejudice, all equitable relief in the form requested by Plaintiff;

    C.    Award judgment for all reasonable costs and attorney's fees incurred in favor of Defendants and against Plaintiffs pursuant to 17 U.S.C. § 505.

    D.    Any other relief deemed appropriate by the Court.

DATED this 26<u>th</u> day of February 2011.

**GINGRAS LAW OFFICE, PLLC**

/s/ David S. Gingras
David S. Gingras
Attorney for Defendant
I.C.G. – Internet Commerce Group, Inc.

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul J. Cambria, Esq.
Jonathan W. Brown, Esq.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
Attorneys for Plaintiff

And a courtesy copy of the foregoing delivered to:
Honorable S. James Otero
U.S. District Judge

/s/David S. Gingras

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

6
**ANSWER OF I.C.G. – INTERNET COMMERCE GROUP, INC.**
CASE NO. 10-CV-6731-SJO