PAUL J. CAMBRIA, JR., ESQ. (SBN 177957)
JONATHAN W. BROWN, ESQ. (SBN 223901)
ANDREW O. MILLER, ESQ. (SBN 270812)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
Email:  pcambria@lglaw.com;
        jbrown@lglaw.com

Attorneys for Plaintiff
  Vivid Entertainment, LLC

DAVID S. GINGRAS, CSB (SBN 218793)
GINGRAS LAW OFFICE, PLLC
3941 E. Chandler Blvd., #106-243
Phoenix, AZ 85048
(480) 668-3623
Email:  David@GingrasLaw.com

Attorneys for Defendant
  I.C.G. – Internet Commerce Group

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>              Plaintiff,<br><br>vs.<br><br>I.C.G. - INTERNET COMMERCE GROUP INC., and DOES 1 through 10 inclusive,<br><br>             Defendants. | Case No.:  CV 10-06731 SJO (VBKx)<br><br>Hon. S. James Otero, United States District Judge<br><br>**JOINT RULE 26(f) STATEMENT** |

      Plaintiff VIVID ENTERTAINMENT, LLC ("Plaintiff") and Defendant I.C.G. – INTERNET COMMERCE GROUP INC. ("Defendant") hereby submit their joint report under Rule 26 of the Federal Rules of Civil Procedure.  The parties met and

conferred regarding the issues contained in Federal Rule 26 and LR 26-1 on April 8, 2011.

a.   **Complex Case:**

   Plaintiff's position:  Plaintiff is of the view that the Manual for Complex Litigation should not be applied in this instance.

   Defendant's position:  Defendant agrees the Manual for Complex Litigation should not be applied in this matter.

b.   **Motion Schedule:**

   Plaintiff's position:  Plaintiff anticipates that after an opportunity to take discovery that it will bring a motion for summary judgment.  Plaintiff's position as to scheduling is set forth in Exhibit A.

   Defendant's position:  Defendant takes no position as to any motion schedule.

c.   **Settlement:**

   Plaintiff's position:  The parties have already engaged in lengthy settlement discussions and have exchanged several drafts of a settlement agreement.  In the event that a settlement agreement is not reach in the near future, Plaintiff requires some basic discovery so it can learn, among other things, the scope of the copyright infringements, and understand the extent of the damages involved.  After said discovery, Plaintiff requests Settlement Procedure No. 1 set forth in Local Rule 16-15.4.

   Defendant's position:  Defendant believes this case can and will be settled.  However, in the event it becomes necessary, Defendant would agree to Settlement Procedure No. 1 set forth in Local Rule 16-15.4, and Defendant specifically requests that any settlement conference occur before a United States Magistrate Judge.

d. **Trial Estimate:**

<u>Plaintiff's position:</u> Plaintiff estimates that the Jury trial will take 5 court days.

<u>Defendant's position:</u> Defendant estimates that trial will take 2 court days or less.

e. **Additional Parties:**

<u>Plaintiff's position:</u> Plaintiff is of the view that all necessary parties are currently involved; however, further discovery may reveal necessary third parties. If necessary, Plaintiff shall seek to amend its complaint to add new parties; if necessary.

<u>Defendant's position:</u> Defendant takes no position as to any additional parties.

f. **Expert Witnesses:**

<u>Plaintiff's position:</u> Plaintiff anticipates that it will designate expert witnesses who will testify at trial regarding liability and damages.

<u>Defendant's position:</u> Defendant only plans to designate rebuttal expert witnesses as necessary.

g. **Initial Disclosures:**

<u>Plaintiff's position:</u> Initial disclosures to be exchanged on May 13, 2011.

<u>Defendant's position:</u> Initial disclosures to be exchanged on May 13, 2011.

h. **Proposed Pre-Trial Deadlines And Trial Date:**

See attached **EXHIBIT A**, a schedule setting forth Plaintiff's and Defendant's requested dates.

Dated: April 25, 2011　　　　LIPSITZ GREEN SCIME CAMBRIA LLP
*Attorneys for Plaintiff Vivid Entertainment, LLC*


By:　　/s/ Jonathan W. Brown
　　　　Jonathan W. Brown, Esq.

42 Delaware Avenue, Suite 120
Buffalo, New York  14202
Telephone:  (716) 849-1333, Ext. 371
Fax: (716) 855-1580
Email:  jbrown@lglaw.com


GINGRAS LAW OFFICE, PLLC
*Attorneys for Defendant I.C.G. – Internet Commerce Group*


By:　　/s/ David S. Gingras
　　　　David S. Gingras, Esq.

3941 E. Chandler Blvd., #106-243
Phoenix, AZ  85048
(480) 668-3623
Email:  David@GingrasLaw.com

# EXHIBIT A

CV 10-06731 SJO (VBKx) Vivid Entertainment, LLC v. I.C.G. Internet Commerce Group, Inc. et al

### DISTRICT JUDGE S. JAMES OTERO
### SCHEDULE OF PRETRIAL DATES

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial Date (Jury) Estimated Length: 5 Days | 9:00 a.m. | | 2/6/2012–2/14/2012 | 2/6/2012–2/14/2012 | |
| Final Pretrial Conference; Discuss Previously-Filed Motions in Limine; File Agreed-Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Questions and Agreed-To Statement of Case; File Witness List, Exhibit List, and Trial Brief | 9:00 a.m. | 8 days before trial | 1/25/2012 | 1/25/2012 | |
| Last Day for Hearing Motions | | 45 days before trial | 12/21/2011 | 12/21/2011 | |
| Discovery Cut-Off | | 90 days before trial | 11/1/2011 | 11/1/2011 | |

### ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice:  (1) CT/USMJ   (2) Atty   (3) Outside ADR   (4) Trial Court

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Last Day to Conduct Settlement Conference | | 3 weeks prior to pretrial conference | 1/5/2012 | 1/5/2012 | |
| Last Day to Amend Pleadings or Add Parties | | within 30 days from scheduling conference | 6/20/2011 | 6/20/2011 | |