PAUL J. CAMBRIA, JR., ESQ. (SBN 177957)
JONATHAN W. BROWN, ESQ. (SBN 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
Email: pcambria@lglaw.com
         jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (SBN 108400)
ERIKA MANSKY, ESQ. (SBN 228199)
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Blvd., 2nd Floor
Los Angeles, CA 90026
(213) 250-9800
Email: mshllh@aol.com

Attorneys for Plaintiff
  Vivid Entertainment, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> I.C.G. - INTERNET COMMERCE GROUP INC., and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: CV 10-06731 SJO (VBKx) <br><br> Hon. S. James Otero, United States District Judge <br><br> **STIPULATION FOR DISMISSAL OF CASE** <br><br> [FRCP 41(a)(1)(A)(ii)] |

**STIPULATION FOR DISMISSAL OF CASE**
United States District Court, Central Dist. of California, No. CV 10-06731 SJO (VBKx)

1

IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Vivid Entertainment, LLC ("Vivid") and Defendant I.C.G. – Internet Commerce Group, Inc. ("ICG"), through their respective counsel of record, that between them they have reached a compromise and settlement resolving the claims at issue in this action. Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), Vivid and ICG hereby stipulate and agree to the dismissal of the above-captioned action.

Each party shall bear its own attorneys' fees and costs of suit.

IT IS SO STIPULATED,

Dated:  June 17, 2011          LIPSITZ GREEN SCIME CAMBRIA LLP

LABOWE, LABOWE & HOFFMAN, LLP

By:      /s/Jonathan W. Brown
         Jonathan W. Brown, Esq.

*Attorneys for Plaintiff Vivid Entertainment, LLC*

Dated:  June 17, 2011          GINGRAS LAW OFFICE, PLLC

By:      /s/David S. Gingras
         David S. Gingras, Esq.

*Attorneys for Defendant I.C.G. – Internet Commerce Group*